U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number: 1:07-CV-00030

John Bagnato, Plaintiff, v. Phoebe Putney Health System, Inc.,
Phoebe Putney Memorial Hospital, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Phoebe Putney Health System, Inc.

FILED: JUNE 6, 2008
08CV3294
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN
NF

| | |
|---|---|
| NAME (Type or print)<br>Harold C. Hirshman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Harold C. Hirshman | |
| FIRM<br>Sonnenschein Nath & Rosenthal LLP | |
| STREET ADDRESS<br>233 S. Wacker Drive, 7800 Sears Tower | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1226290 | TELEPHONE NUMBER<br>312/876-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |