IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAGNATO,<br><br>         Plaintiff,<br><br>v.<br><br>PHOEBE PUTNEY HEALTH SYSTEM, INC., PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., JOEL WERNICK, LANGLEY AND LEE, LLC, CARL RICHARD LANGLEY, LARRY J. MCCORMICK AND ASSOCIATES, LLC, LARRY J. MCCORMICK, WORK DYNAMICS, INC., STEPHEN B. CHENOWETH, JOHN DOES NO. I THROUGH V, ABC CORPORATION, and XYZ CORPORATION,<br><br>         Defendants | CIVIL ACTION FILE NO.:<br>1:07-CV-00030-WLS*<br><br>\*  Action is pending in the United States District Court for the Middle District of Georgia<br><br>Miscellaneous Action No. 08 CV 3294<br><br>Judge Pallmeyer<br>Magistrate Judge Ashman |

## MOTION TO DISMISS THESE PROCEEDINGS

Dorothy Pirovano ("Pirovano") and Defendants Phoebe Putney Health System, Inc., Phoebe Putney Memorial Hospital, Inc., Joel Wernick, Langley & Lee, LLC and Carl Richard Langley, ("Defendants"),[1] hereby move to dismiss this miscellaneous action as the subpoena has been withdrawn.

---

[1] The remaining defendants, Larry J. McCormick, Larry J. McCormick Associates, LLC, Work Dynamics, Inc., and Stephen B. Chenoweth are not parties to this motion as the documents subject to the subpoena do not directly impact a right or privilege belonging to them.

Dated this 11th day of June, 2008.

/s/ Harold C. Hirshman
**SONNENSCHEIN NATH & ROSENTHAL LLP**
233 South Wacker Drive
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 8786-8000
Facsimile: (312) 876-7934

Of Counsel:

**POWELL GOLDSTEIN LLP**
L. Lin Wood
Georgia Bar No.: 774588
Marlo Orlin Leach
Georgia Bar No.: 442216
Katherine Ventulett Hernacki
Georgia Bar No.: 727027
Paige Arden Stanley
Georgia Bar No.: 675135
Margaret M. Kane
Georgia Bar No.: 330531
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone:    (404) 572-6600
Facsimile:    (404) 572-6999

Attorneys for Dorothy Pirovano and Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2008, the foregoing **MOTION TO DISMISS THESE PROCEEDINGS** was served upon the following attorneys of record by First Class Mail:

Timothy J. Buckley, III
Buckley Brown PC
Suite 1010
2970 Clairmont Road, NE
Atlanta, GA  30329

Bryan A. Vroon
Vroon & Crongeyer LLP
Suite 1088
1718 Peachtree Street
Atlanta, GA  30309

Alfred N. Corriere
Vansant & Corriere, LLC
PO Box 347
Albany, GA  31702-0347

Ralph W. Powell, Jr.
Alex J. Kaplan
McCall Williams Wilmot & Powell LLC
Post Office Box 71747
Albany, GA  31708

Victor L. Moldovan
Phears and Moldovan
Suite 2050
The Lenox Building
3339 Peachtree Road
Atlanta, GA  30326

/s/Harold C. Hirshman

14726598\V-1