IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAGNATO,<br><br>      Plaintiff,<br><br>v.<br><br>PHOEBE PUTNEY HEALTH SYSTEM, INC., PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., JOEL WERNICK, LANGLEY AND LEE, LLC, CARL RICHARD LANGLEY, LARRY J. MCCORMICK AND ASSOCIATES, LLC, LARRY J. MCCORMICK, WORK DYNAMICS, INC., STEPHEN B. CHENOWETH, JOHN DOES NO. I THROUGH V, ABC CORPORATION, and XYZ CORPORATION,<br><br>      Defendants | CIVIL ACTION FILE NO.:<br>1:07-CV-00030-WLS*<br><br>\* Action is pending in the United States District Court for the Middle District of Georgia<br><br>Miscellaneous Action No. 08 CV 3294<br><br>Judge Pallmeyer<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, June 16, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer or any judge sitting in her stead, in the courtroom usually occupied by her at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **MOTION TO DISMISS THESE PROCEEDINGS.**

                                                                                                  */s/ Harold C. Hirshman*
                                                                                                  **SONNENSCHEIN NATH & ROSENTHAL LLP**
                                                                                                  233 South Wacker Drive
                                                                                                  7800 Sears Tower
                                                                                                  Chicago, IL  60606
                                                                                                  Telephone:  (312) 8786-8000
                                                                                                  Facsimile:  (312) 876-7934

Of Counsel:

**POWELL GOLDSTEIN LLP**
L. Lin Wood
Georgia Bar No.: 774588

Marlo Orlin Leach
Georgia Bar No.: 442216
Katherine Ventulett Hernacki
Georgia Bar No.: 727027
Paige Arden Stanley
Georgia Bar No.: 675135
Margaret M. Kane
Georgia Bar No.: 330531
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:    (404) 572-6600
Facsimile:    (404) 572-6999

        Attorneys for Dorothy Pirovano and Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2008, the foregoing **NOTICE OF MOTION** was served upon the following attorneys of record by First Class Mail:

Timothy J. Buckley, III
Buckley Brown PC
Suite 1010
2970 Clairmont Road, NE
Atlanta, GA 30329

Bryan A. Vroon
Vroon & Crongeyer LLP
Suite 1088
1718 Peachtree Street
Atlanta, GA 30309

Alfred N. Corriere
Vansant & Corriere, LLC
PO Box 347
Albany, GA 31702-0347

Ralph W. Powell, Jr.
Alex J. Kaplan
McCall Williams Wilmot & Powell LLC
Post Office Box 71747
Albany, GA 31708

Victor L. Moldovan
Phears and Moldovan
Suite 2050
The Lenox Building
3339 Peachtree Road
Atlanta, GA 30326

/s/Harold C. Hirshman