# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3294 | **DATE** | 6/12/2008 |
| **CASE TITLE** | John Bagnato vs. Phoebe Putney Health System, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion to quash [1] is deemed withdrawn.  Motion to dismiss these proceedings [5] granted.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-03294   Document 7   Filed 06/12/2008   Page 1 of 1

08C3294 John Bagnato vs. Phoebe Putney Health System, Inc., et al                                                                 Page 1 of 1